UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. AHMAD IRBY, Docket No.: 08-339 (MLC)



## PETITION FOR WRIT OF HABEAS CORPUS

1. Ahmad Irby, DOB: 02/17/1981; State ID #452731C, is now confined at Monmouth County Correctional Facility.

2. Said individual will be required in Trenton, New Jersey, before the Hon. Mary L. Cooper, U.S. District Judge, on November 17, 2008, at 10:00 a.m., for Sentencing, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: November 5, 2008.

Harvey Bartle, IV, for
Peter N. Katz
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED:

Hon. Mary L. Cooper, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Monmouth County Correctional Facility:

WE COMMAND YOU that you have the body of

AHMAD IRBY

now confined at Monmouth County Correctional Facility, be brought to the United States District Court, before the Hon. Mary L. Cooper, District Judge, in the Clarkson S. Fisher Federal Courthouse in Trenton, New Jersey, on November 17, 2008, at 10:00 a.m., in civilian clothes, for Sentencing, in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Mary L. Cooper
United States District Judge
Trenton, New Jersey

DATED: 11/7/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk